**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| **JAMES DOUGLAS COLLIER** | **PETITIONER** |
| **vs.** | **Civil Action No. 3:05-cv-716 HTW-JCS** |
| **WARDEN D. ANDERSON and** | |
| **STATE OF MISSISSIPPI** | **RESPONDENTS** |

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the petition for habeas corpus filed by petitioner Collier be dismissed with prejudice and the motion of respondents be granted. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED, THIS THE 29th day of December, 2006.**

**s/ HENRY T. WINGATE**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**